

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00394-CR

**ANTHONY RAY DAVISON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 28651**

## MEMORANDUM OPINION

Pursuant to a plea bargain, Anthony Ray Davison pled guilty to two counts of unlawful possession of a firearm by a felon. Because the trial court's certificates of right of appeal that Davison signed indicate Davison has no right to appeal and has waived his right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim.

App. 2003) (waiver of appeal).

Notwithstanding that this appeal must be dismissed, Davison may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Davison believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Davison desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

Accordingly, this appeal is dismissed.


REX DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 2, 2019
Do not publish
[CR25]

